IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANA BYRD, for Xaniya E. Wilson-Byrd;<br><br>            Plaintiff,<br><br>vs.<br><br>CAROLYN J. COLVIN, Acting Commissioner of Social Security;<br><br>            Defendant. | 8:13CV346<br><br>ORDER |

      Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in plaintiff's affidavit demonstrates that plaintiff is eligible to proceed *in forma pauperis*.

      IT IS ORDERED:

      1.    Plaintiff's application, (filing no. 2), is granted, and the complaint shall be filed without payment of fees.

      2.    The Clerk of Court shall send a copy of this Memorandum and Order together with three summons forms and three USM-285 forms to Plaintiff for service of process on the United States.

      3.    If the plaintiff is not requesting service by United States Marshal, Plaintiff shall, as soon as possible, complete the summons forms and return them to the Clerk of the court to be issued. The issued summons will then be returned to plaintiff's counsel for service on the defendant(s).

      4    If the plaintiff is requesting service by the United States Marshal, Plaintiff shall, as soon as possible, complete the USM-285 forms and the summons forms and return them to the Clerk of the court. The Clerk of the court will sign the summons form, to be forwarded with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process. The Clerk of the court will copy the Complaint; Plaintiff need not to do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.

      5.    This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

      November 26, 2013.                      BY THE COURT:
                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge