IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANA BYRD, for Xaniya E. Wilson-Byrd;

              Plaintiff,

vs.

CAROLYN J. COLVIN, Acting Commissioner of Social Security;

              Defendant.

8:13CV346

ORDER

Plaintiff filed her pro se complaint on November 25, 2013, (Filing No. 1). In its Order dated November 26, 2013, (Filing No. 4), the court instructed the Clerk of the Court's office to send three summons forms and instructed the plaintiff to complete those forms and either return them to the Clerk of the Court for the summons to be issued or to send the completed summons forms and USM-285 forms to the Clerk, to be forwarded to the U.S. Marshal for service of process. To date the plaintiff has not returned the summons forms.

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 30 days, or until May 9, 2014, to return the completed summons forms, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of May 12, 2014 to verify compliance with this order.

Dated this 9th day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge